# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CONNIE MARSHALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-14-010-RAW-KEW ) |
| CAROLYN W. COLVIN, **Acting Commissioner of Social Security Administration,** | ) ) ) ) |
| Defendant. | ) ) |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On March 9, 2015, Magistrate Judge West entered a Report and Recommendation in the above-referenced case, recommending that this court reverse the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to plaintiff. Defendant filed an objection which has been duly considered, as well as plaintiff's response to that objection.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's findings are supported by substantial evidence and the prevailing legal authority. Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Secretary is reversed and this case is remanded to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**ORDERED THIS 27th DAY OF MARCH, 2015.**

**Dated this 27th day of March, 2015.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma